```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                         Jun 24, 2016

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY: ____PMC____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tito Ayala,<br><br>    Plaintiff<br><br>    vs.<br><br>UPS Ground Freight Inc et al, et al.,<br><br>    Defendant. | CASE NO.: 2:16-cv-00175-SVW-JC<br><br>JUDGMENT<br><br>**JS-6** |

Judgment is entered for defendant, UPS Ground Freight Inc., and against plaintiff, Tito Ayala, pursuant to the Court's order issued on June 17, 2016.

DATE: June 24, 2016

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE